**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HERB REED ENTERPRISES, LLC,
    Plaintiff,

vs.                                                   CASE NO. 8:14-CIV-56-T-17-AEP

THE WORLD FAMOUS PLATTERS
ROAD SHOWS I LLC, et al.,
    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Anthony E. Porcelli on February 7, 2014 (Doc. 35). The magistrate judge recommended that the motion for preliminary injunction (Doc. 11) be granted as to all defendants except Yolanda Fletcher and the security requirement of Rule 56(c), Fed.R.Civ.P be waived.

**STANDARD OF REVIEW**

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record.  Upon due consideration, the Court concurs with the report and recommendation.  Accordingly, it is

**ORDERED** that the report and recommendation (Doc. 35) be **adopted** and **incorporated by reference**; the motion for preliminary injunction (Doc. 11) be granted as to all defendants except Yolanda Fletcher and the security requirement of Rule 56(c), Fed.R.Civ.P be waived.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 21st day of February, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge