**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HERB REED ENTERPRISES, LLC,
    Plaintiff,

vs.                                              CASE NO. 8:14-CIV-56-T-17-AEP

THE WORLD FAMOUS PLATTERS ROAD
SHOWS LLC, et al.,
    Defendants.
_____/

## ORDER TO SHOW CAUSE

       This cause is before the Court <u>sua</u> <u>sponte</u>. Pursuant to Rule 55(a), Fed.R.Civ.P. and Rule 3.10, Local Rules of the Middle District, when a party, upon whom service has been effected, fails to answer or otherwise defend, Plaintiff should move for default and default judgment. Five of the defendants in this case were served on January 13, 2014, therefore, their answers were due to be filed on or before February 2, 2014. As of this date, there are no answers or other responses from any defendant. The plaintiff has not moved for a default even though no responses to the complaint have been filed. Accordingly, it is

       **ORDERED** that Plaintiff **shall have** up to and including March 24, 2014, to show cause why this cause of action should not be dismissed for failure to prosecute as to the five served defendants.

       **DONE and ORDERED** in Chambers, in Tampa, Florida, this 14th day of March, 2014.

                                                        ELIZABETH A. KOVACHEVICH
                                                        UNITED STATES DISTRICT JUDGE

Copies to: All
parties and counsel of record